**STATE of Missouri, Respondent,**

v.

**William L. DUDLEY, Appellant.**

**No. WD 40563.**

Missouri Court of Appeals,
Western District.

Feb. 28, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 1989.

Application to Transfer Denied
May 16, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and SHANGLER and GAITAN, JJ.

---

## ORDER

PER CURIAM:

Appeal from a conviction of tampering in the first degree, and from a sentence of four years' imprisonment.

AFFIRMED. Rule 30.25(b).